Closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH ROSCOE, an individual, on behalf of herself and all others similarly situated, | ) CASE NO. 2:18-cv-02212-CAS-MRW |
| Plaintiff, | ) [PROPOSED] ORDER OF DISMISSAL |
| vs. | ) |
| SIMM ASSOCIATES, INC., a Delaware corporation, | ) |
| Defendant. | ) |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed, with prejudice as to Plaintiff's individual action, and without prejudice as to the class action claims asserted in the lawsuit. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED: March 28, 2019

*Christine A. Snyde*

UNITED STATES DISTRICT JUDGE

{00111423;1}

1

[PROPOSED] ORDER OF DISMISSAL
CASE NO. 2:18-cv-02212-CAS-MRW